1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  LONNIE STEVENSON ARMSTRONG
6

7
                **UNITED STATES DISTRICT COURT**
8
               **EASTERN DISTRICT OF CALIFORNIA**
9
                   **SACRAMENTO DIVISION**
10

11
   LONNIE STEVENSON                ) Case No.:  2:15-CV-01344 CMK
12                                  )
   ARMSTRONG,                       ) STIPULATION TO EXTEND
13                                  ) BRIEFING SCHEDULE
             Plaintiff,             )
14                                  )
        vs.                         )
15                                  )
   CAROLYN COLVIN, Acting           )
16                                  )
   Commissioner of Social Security, )
17                                  )
             Defendant
18  _____

19
        TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE
20
   OF THE DISTRICT COURT:
21
        Plaintiff Lonnie Stevenson Armstrong ("Plaintiff") and defendant Carolyn
22
   Colvin, Acting Commissioner of Social Security ("Defendant"), through their
23
   undersigned counsel of record, hereby stipulate, subject to the approval of the
24
   Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary
25
   Judgment or Remand to February 17, 2016; and that Defendant shall have until
26

                              -1-

1 | March 18, 2016, to file her opposition.  Any reply by plaintiff will be due April 7,

2 | 2016.

3 |      An extension of time for plaintiff is needed in order to allow Counsel to deal

4 | with complications arising from his Spouse's terminal illness which required her to

5 | undergo spinal surgery on January 8, 2016.  Counsel sincerely apologizes to the

6 | court for any inconvenience this may have had upon it or its staff.

7

8 | DATE: January 11, 2016     Respectfully submitted,

                       LAW OFFICES OF LAWRENCE D. ROHLFING

9 |                          /s/ *Steven G. Rosales*

10 |                        BY: _____
                       Steven G. Rosales

11 |                        Attorney for plaintiff

12

13 | DATED:  January 11, 2016     BENJAMIN WAGNER
                       United States Attorney

14

15 |                        */S/- Jean M. Turk

16

17 |                        _____
                       Jean M. Turk

18 |                        Special Assistant United States Attorney
                       Attorney for Defendant

19 |                        [*Via email authorization]

20

21

22

23

24

25

26

-2-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2 and including February 17, 2016, in which to file Plaintiff's Motion for Summary

3 Judgment or Remand; Defendant may have an extension of time to March 18, 2016

4 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due

5 April 7, 2016.

6    IT IS SO ORDERED.

7

8 Dated:  January 13, 2016

9                                                                        _____
                                                          CRAIG M. KELLISON
10                                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26