4-4Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  LONNIE STEVENSON ARMSTRONG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LONNIE STEVENSON ARMSTRONG, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant | Case No.:  2:15-CV-01344 CMK <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lonnie Stevenson Armstrong ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary

1  Judgment or Remand to March 30, 2016; and that Defendant shall have until April
2  29, 2016, to file her opposition.  Any reply by plaintiff will be due May 19, 2016.
3       A second extension of time is needed because in addition to the spinal
4  surgery in January to address a compression fracture of the spine at L1 related to
5  tumor growth as a result of her stage 4 breast cancer, Counsel and his spouse were
6  informed that a recent MRI revealed three brain tumors which require radiation
7  treatment beginning the week of February 8, 2016.
8       Counsel sincerely apologizes to the court for any inconvenience this may
9  have had upon it or its staff.

DATE: February 17, 2016        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  February 17, 2016      BENJAMIN WAGNER
United States Attorney


*/S/- Jean M. Turk

_____
Jean M. Turk
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including March 30, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to April 29, 2016
4  to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  May 19, 2016.
6   IT IS SO ORDERED.

8  Dated: February 19, 2016

   CRAIG M. KELLISON
   UNITED STATES MAGISTRATE JUDGE